UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                                                          CASE NO.: 13-22265-BKC-AJC
                                                                                                PROCEEDING UNDER CHAPTER 13
JAMIE HUGO ZULUAGA
MARIA E ZULUAGA
DEBTORS                                                    /

## NOTICE OF DEPOSIT OF FUNDS WITH THE UNITED STATES BANKRUPTCY COURT CLERK

**NOTICE IS HEREBY GIVEN THAT:**

The Trustee has a balance of **$5,356.15** remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtors(s)/creditor(s) and deliver the funds before pressenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

Attached and made a part of this notice, is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which each is entitled.

**WHEREFORE,** your Trustee hereby gives notice that the above-stated sum has been deposited with the Clerk of the United States Bankruptcy Court, Southern District of Florida, to effect closing this estate.

Date: 12-17-19

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

**COPIES FURNISHED TO:**

JAMIE HUGO ZULUAGA
MARIA E ZULUAGA
11735 SW 133 CT
MIAMI, FL  33186

ALEJANDRO SIXTO, ESQUIRE
134 EAST 49 STREET
HIALEAH, FL  33013

U.S. TRUSTEE
51 S.W. 1ST AVENUE
MIAMI, FL 33130

JAMIE HUGO ZULUAGA
11735 SW 133 CT
MIAMI, FL  33186

MARIA E ZULUAGA
11735 SW 133 CT
MIAMI, FL  33186

OCWEN
POB 6440
CAROL STREAM, IL  60197

Quintairos, Prieto, Wood & Boyer, PA
One Independent Drive, Suite 1650
Jacksonville, FL 32202

NOTICE OF DEPOSIT OF FUNDS
CASE NO.: 13-22265-BKC-AJC

ATTACHMENT

**NOTICE OF DEPOSIT OF FUNDS WITH THE
UNITED STATES BANKRUPTCY COURT CLERK**

**ATTACHMENT - LISTING OF CLAIMANT**

**CASE NO.: 13-22265-BKC-AJC**

| | |
|---|---:|
| JAMIE HUGO ZULUAGA<br>11735 SW 133 CT<br>MIAMI, FL  33186 | $8.62 |
| MARIA E ZULUAGA<br>11735 SW 133 CT<br>MIAMI, FL  33186 | |
| OCWEN<br>POB 6440<br>CAROL STREAM, IL  60197 | $5,347.53 |

UNDELIVERABLE/STALE
CLAIM REGISTER# 0